UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:   Timothy D. Kiesling            CHAPTER 13
                                        CASE NO:   14-31778-DOF
                                        JUDGE: Daniel S. Opperman

         Debtor
_____/

## STIPULATION ADJOURNING THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**NOW COMES** Carl L. Bekofske, Standing Chapter 13 Trustee and Debtor, by and through his counsel, Stipulate as follows:

IT IS HEREBY STIPULATED that Chapter 13 Trustee's Motion to Dismiss shall be adjourned to August 18th, 2015 at 9:00 a.m.

IT IS FURTHER STIPULATED that the Debtor's Counsel shall serve a copy the entered order on the Debtor and any interested parties as applicable within 7 days.

/s/ Carl L. Bekofske                    /s/ Lynn Osborne
Carl L. Bekofske P10645                 Lynn Osborne P66545
Melissa Caouette P62729                 Attorney for Debtor
Leo J. Foley, Jr. P76060                401 W Ionia Street
Chapter 13 Standing Trustee             Lansing, MI 48933
400 N. Saginaw St., Ste 331             517-708-2992
Flint MI 48502                          ecflopc@aol.com
(810) 238-4675
ecf@flint13.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE: Timothy D. Kiesling

                                        CHAPTER 13
                                        CASE NO:   14-31778-DOF
                                        JUDGE: Daniel S. Opperman

**Debtor**
_____/

**ORDER ADJOURNING THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

      IT IS HEREBY ORDERED that Chapter 13 Trustee's Motion to Dismiss shall be adjourned to August 18th, 2015 at 9:00 a.m.

      IT IS FURTHER ORDERED that the Debtor's Counsel shall serve a copy the entered order on the Debtor and any interested parties as applicable within 7 days.

**Exhibit A**